# ALABAMA COURT OF CRIMINAL APPEALS



April 26, 2024

**CR-2022-1235**
Jennifer Glass James v. State of Alabama (Appeal from Chilton Circuit Court: CC-22-132)

## NOTICE

You are hereby notified that on April 26, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk